UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. |
| | : | |
| DIYANA MONTES, | : | Violation: 18 U.S.C. § 201(b)(2)(B) |
| Defendant | : | (Bribery) |

INFORMATION

The United States Department of Justice, Criminal Division, Fraud Section, charges that, at all times relevant to this Information:

COUNT ONE

1. Defendant DIYANA MONTES was, from in or about April 2008 through December 2008, an employee of Kellogg, Brown, and Root ("KBR"). She worked at Bagram Airfield Afghanistan, where KBR held a contract with the United States.

2. KBR's contract involved the performance of services to the Army's "Movement Control Branch" ("MCB"). The MCB's mission was to contract with local Afghan trucking companies to transport United States military equipment, fuel, and other supplies throughout Afghanistan. As part of this mission, the MCB coordinated requests from various United States military units for trucking services and assigned those requests to particular contractors. Each trucking request generated various specific documents, including a document entitled "Transportation Movement Request" ("TMR").

3. Defendant's duties included receiving the TMRs from the various contractors and reconciling any discrepancies between the amount of services described in the TMRs and the amount of services the contractors claimed in their invoices. Once she reviewed the documents

and determined they were accurate, she would pass them on to other contracting personnel, who would rely on her review in approving payments to the trucking company.

4.  Defendant DIYANA MONTES was working for and on behalf of the United States in an official function, and was a public official within the meaning of the federal bribery statutes.

5.  "Person One" was the point of contract for a company called Afghanistan Trade Transportation ("ATT"), an Afghan company that held a contract with the United States Department of Defense to provide trucking services.

6.  On numerous occasions, defendant DIYANA MONTES, as part of her official duties, received and reviewed TMRs and invoices for services allegedly provided by ATT that fraudulently represented that ATT provided services – "extra legs" on various trucking contracts – that the defendant knew were not in fact performed. As an example, the true and accurate TMR would be for a Bagram to Kabul mission; the false and fraudulent TMR would add an "extra leg," extending that mission from Kabul to Kandahar; and the false and fraudulent invoice would then request payment for the extra leg. Notwithstanding her knowledge of the falsity of these documents, defendant DIYANA MONTES would pass them on for payment. On occasion, defendant DIYANA MONTES would accompany Person A to the MCB to ensure that the military official empowered to authorize payment of the invoices would do so, even though defendant knew that the invoices requested payment for missions that had not been performed.

- 3 -

7. On or about the following dates, in return for her knowingly handling the fraudulent TMRs and invoices, defendant DIYANA MONTES received the following things of value, directly and indirectly, from Person One:

| DATE | THING OF VALUE |
|---|---|
| On or about May 5, 2008 | Wire Transfer of $14,980 into defendant's personal bank account |
| On or about August 14, 2008 | Wire Transfer of $9,480 into defendant's personal bank account |
| On or about August 25, 2008 | Wire Transfer of $9,480 into defendant's personal bank account |
| On several occasions from May 2008 through December 2008 | Approximately $15,000 cash. |

8. From between in or about April 2008 and in or about December 2008, in Afghanistan and elsewhere, defendant DIYANA MONTES, a public official, directly and indirectly, corruptly demanded, sought, received, and accepted things of value, namely, approximately $50,000 from Person One, in return for being influenced to commit, aiding the

committing, and allowing a fraud, and making the opportunity for the commission of a fraud, on the United States.

        (Receipt of Bribes by Public Official, in violation of Title 18,
        United States Code, Section 201(b)(2)(B))

        Respectfully Submitted,

        DENIS J. McINERNY
        Chief, Fraud Section

By: /s/ Mark H. Dubester
MARK H. DUBESTER
DC Bar No. 339655
Trial Attorney
Fraud Section, Criminal Division
Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
202-307-6186
Mark.Dubester@usdoj.gov

Dated: September 27, 2012